# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>   v.<br><br>SAUL CASTANEDA-ANGIANO,<br><br>                    Defendant. | Case No.:  18CR3508-WQH<br><br>JUDGMENT AND ORDER GRANTING<br>UNITED STATES' MOTION TO DISMISS THE INFORMATION AND RELEASING THE MATERIAL WITNESSES |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information against Defendant Saul Castaneda-Angiano be dismissed.

IT IS FURTHER ORDERED, that the material witnesses in the case, Juan Carlos Alvarez-Valenzuela, Pedro Bautista-Perez, Miguel Beltran-Ramos, Alexis Eduardo Flores-Lopez, Pablo Gonzalez-Mejia, Fernando Mendez-Garcia, Katherine Rodriguez-Ramirez, and Rafael Medina-Gonzalez, be released forthwith.

Dated: September 5, 2018

                                          _____
                                          Hon. William Q. Hayes
                                          United States District Court